COMMONWEALTH of Pennsylvania,
Respondent

v.

Jermaine RAWLINGS, Petitioner

No. 219 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

SCHOOL DISTRICT OF
PHILADELPHIA,
Petitioner

. v.

No. 201 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Roger WILLIAMSON, Petitioner

No. 128 WAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM .

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.